UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY E. WALTON,<br><br>　　　　　　Plaintiff,<br>　　vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. CV 10-8386-AG (RNB)<br><br>ORDER TO SHOW CAUSE |

In its November 8, 2010 Order re Further Proceedings, the Court ordered plaintiff to serve and file her motion for judgment on the pleadings within 35 days of the service and filing of the Answer.

The Answer was served and filed on May 24, 2011. Although more than 35 days from that date now has elapsed, plaintiff still has not filed her motion for judgment on the pleadings.

Accordingly, on or before **August 5, 2011**, plaintiff is ORDERED to either (a) show good cause in writing, if any exists, why plaintiff did not timely file her motion for judgment on the pleadings, and why the Court should not recommend that this action be dismissed for failure to prosecute and failure to comply with the Court's prior Order; or (b) serve and file her motion for judgment on the pleadings in accordance with the format specified in the November 8, 2010 Order. Plaintiff is

forewarned that, if she fails to do either, the Court will deem such failure a further violation of a Court order justifying dismissal and also deem such failure as further evidence of a lack of prosecution on plaintiff's part.

DATED: July 11, 2011

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE